IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALMA HERNANDEZ MORENO,<br><br>　　　　　Defendants. | 4:18CR3088<br><br>ORDER |

IT IS ORDERED:

1) The motion of Tregg Lunn to withdraw as counsel of record for Defendant, (Filing No. 228), is granted.

2) Defendant's newly retained counsel, Paul J. Forney, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Tregg Lunn from any future ECF notifications herein.

August 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge