IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ALMA HERNANDEZ MORENO,<br><br>　　　　　Defendant. | 4:18CR3088<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Paul J. Forney, as as attorney of record for Alma Hernandez-Moreno, (Filing No. 332), is granted.

December 27, 2018.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge